**1214**

COMMONWEALTH of Pennsylvania,
Appellee,

v.

Kurt FISCHER, Appellant.

Supreme Court of Pennsylvania.

Argued Nov. 16, 1999.

Decided Jan. 27, 2000.

Michael M. Mustokoff, Jonathan L. Swichar, Duane, Morris & Heckscher, LLP, Philadelphia, for Kurt Fischer.

Hugh J. Burns, Jr., Special Asst. Dist. Atty., District Attorney's Office—Philadelphia County, John Morganelli, Dist. Atty., Patricia C. Broscius, Asst. Dist. Atty., District Attorney's Office, Northampton County, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

***ORDER***

PER CURIAM:

Appeal dismissed as having been improvidently granted.

COMMONWEALTH of Pennsylvania,
Appellee,

v.

Lorraine FRAY, Appellant.

Supreme Court of Pennsylvania.

Argued Jan. 31, 2000.

Decided Feb. 17, 2000.

Gerald A. Stein, Philip J. Degnan, Philadelphia, for Lorraine Fray.

Patrick Meehan, Dist. Atty., A. Sheldon Kovachs, Asst. Dist. Atty., Michelle P. Hutton, Asst. Dist. Atty., Dist. Attorney's Office, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

***ORDER***

PER CURIAM:

The order of the Superior Court is reversed. *See Commonwealth v. Valette,* 531 Pa. 384, 613 A.2d 548 (1992); *Commonwealth v. Rambo,* 488 Pa. 334, 412 A.2d 535 (1980).

Justice CASTILLE dissents.